50 A.3d 1283

In the Interest of T. B., A Minor

Petition of T. B., A Minor.

No. 11 MAL 2012.

Supreme Court of Pennsylvania.

Aug. 21, 2012.

## ORDER

PER CURIAM.

AND NOW, this 21st day of August, 2012, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **VACATED**. This matter is **REMANDED** to the Superior Court for it to reconsider the matter in light of our decision in *Commonwealth v. Harris*, 32 A.3d 243 (Pa.2011).